```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,                    :
                                             :
                    Plaintiff,               :        20 Civ. 3262 (VM)
                                             :
         - against -                         :        **ORDER**
                                             :
$4,730 FORMERLY ON DEPOSIT IN BANK           :
OF AMERICA ACCOUNT ENDING IN -6851,          :
HELD IN THE NAME OF FARDAD                   :
IZADKHAST,                                   :
                                             :
$570 FORMERLY ON DEPOSIT IN BANK OF          :
AMERICA ACCOUNT ENDING IN -5282,             :
HELD IN THE NAME OF MEHDI KALAI,             :
                                             :
$10,000.00 FORMERLY ON DEPOSIT IN            :
WELLS FARGO BANK ACCOUNT ENDING              :
IN -0168, HELD IN THE NAME OF MAHDI          :
AZMANDIAN,                                   :
                                             :
$9,500.00 FORMERLY ON DEPOSIT IN             :
WELLS FARGO CERTIFICATE OF DEPOSIT           :
ACCOUNT ENDING IN -0965, HELD IN             :
THE NAME OF JAFAR JAVADPOUR,                 :
                                             :
$2,068.26 FORMERLY ON DEPOSIT IN             :
BANK OF AMERICA ACCOUNT ENDING IN            :
-5623, HELD IN THE NAME OF REZA              :
GHESHLAGHI,                                  :
                                             :
$17,000 FORMERLY ON DEPOSIT IN               :
CITIBANK ACCOUNT ENDING IN -0108,            :
HELD IN THE NAME OF MARYAM                   :
AZMANDIAN,                                   :
                                             :
         and                                 :
                                             :
$84,650 FORMERLY HELD IN CAPITAL             :
ONE ACCOUNT ENDING IN -6115, HELD            :
IN THE NAME OF FATEMEH AZMANDIAN,            :
                                             :
                    Defendants-in-rem.       :
                                             :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this action indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since June 26, 2020. At that time claim form was completed and entered into the public docket. (See Dkt. No. 3.) Accordingly, it is hereby

**ORDERED** that the Government inform the Court, within three (3) days of the date of this Order, concerning the status of this action and their contemplation with regard to any further proceedings. In the event no timely response to this Order is submitted, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
           3 February 2020

_____
                    Victor Marrero
                    U.S.D.J.