USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

$4,730 FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT ENDING IN -6851, HELD IN THE NAME OF FARDAD IZADKHAST,

$570 FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT ENDING IN -5282, HELD IN THE NAME OF MEHDI KALAI,

$10,000.00 FORMERLY ON DEPOSIT IN WELLS FARGO BANK ACCOUNT ENDING IN -0168, HELD IN THE NAME OF MAHDI AZMANDIAN,

$9,500.00 FORMERLY ON DEPOSIT IN WELLS FARGO CERTIFICATE OF DEPOSIT ACCOUNT ENDING IN -0965, HELD IN THE NAME OF JAFAR JAVADPOUR,

$53,072.52 IN UNITED STATES CURRENCY FORMERLY ON DEPOSIT AT SMITH BARNEY IN ACCOUNT NUMBER 101-30465-19 HELD IN THE NAME OF STEVEN A. BONANNO, ACCOUNT FOR NICOLE BONANNO,

$2,068.26 FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT ENDING IN -5623, HELD IN THE NAME OF REZA GHESHLAGHI,

$17,000 FORMERLY ON DEPOSIT IN CITIBANK ACCOUNT ENDING IN - 0108, HELD IN THE NAME OF MARYAM AZMANDIAN,

and

JUDGMENT OF FORFEITURE

20 Civ. 3262 (VM)

2

|  | : |
|---|---|
|  | : |
| $84,650 FORMERLY HELD IN CAPITAL ONE | : |
| ACCOUNT ENDING IN -6115, HELD IN THE | : |
| NAME OF FATEMEH AZMANDIAN, | : |
|  | : |
| Defendant-*in-rem*. | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x |  |

WHEREAS, on or about April 24, 2020, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (C);

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on April 29, 2020, through May 28, 2020, and proof of such publication was filed with the Clerk of this Court on March 4, 2021 (D.E. 6);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about June 3, 2020, the Government sent direct notice of the Verified Complaint by E-mail to the following individuals:

    Nicole Lau
    Richmond Hill, NY 11418

    Shubhranshu Singh
    Ellicott City, MD 21042

        Nina Belis
        c/o Ramya Kasturi Esq.
        Lankler Siffert & Wohl LLP
        500 5th Avenue, New York, NY 10110
        rkasturi@lswlaw.com

        Ekaterina Koroleva
        Redmond, WA 98052

        Joyce Ho
        Flossmoor, IL 60422

        Jing Lin
        Kearny, NJ 07032

        Gina Suh
        Austin, TX 78729

        Elizabeth Ferront
        New York, NY 10016

        Dr. Marcello Guglielmi
        Eastchester, NY 10709

        Connie Fang
        Milpitas, CA 95035

        Christine Lu
        Boston, MA 02114

        Christina Lee
        Plainsboro, NJ 08536

        Fatemeh Azmandian
        Raynham, MA 02767

        Barbara Wong
        San Luis Obispo, CA 93401

(the "Noticed Parties");

        WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*;

        WHEREAS, on or about June 26, 2020, Fatemeh Azmandian ("Claimant") filed a

claim asserting an interest as a victim in the Defendants-*in-rem* (the "Claim")(D.E. 3);

WHEREAS, on or about February 8, 2021, the Government and Claimant filed a status letter to the Court wherein the Claimant withdrew the Claim to the Defendants-*in-rem*; and

WHEREAS, other than the claim, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
      March 5, 2021

SO ORDERED:

_____
Victor Marrero
U.S.D.J.